UNITED STATES of America, Plaintiff–Appellee,

v.

David Estes COOPER, a/k/a Booty, Defendant–Appellant.

No. 00–6793.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 24, 2001.

David Estes Cooper, pro se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

David Estes Cooper appeals the district court's order denying his motion to dismiss the indictment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Cooper*, No. CR–93–34–MU (W.D.N.C. May 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*